UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

PEDRO RIVERA,

                                           07 Civ. 8788 (CLB)

                Plaintiff,

          -against-                    **RULE 7.1 STATEMENT**

**ALLSERVICES MAINTENANCE NY, INC.,**

                Defendant.

------------------------------------------------------------x

        Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the Defendant, **Allservices Maintenance NY, Inc.**, has no corporate parents, subsidiaries, or affiliates of that party which are publicly held.

                                              _____
                                              Perry S. Heidecker, Esq.  (PH 6955)
                                              **MILMAN LABUDA LAW GROUP PLLC**
                                              Counsel for Defendant
                                              3000 Marcus Avenue, Suite 3W3
                                              Lake Success, New York 11042
                                              (516) 328-8899