UNITED STATES DISTRICT COURT                     Rev. 9/03
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
PEDRO RIVERA,

                                    Plaintiff,

                                                    **ORDER OF REFERENCE**
                    - against -                     **TO A MAGISTRATE JUDGE**


STEVEN BUNT, et al.,                                 07 Civ. 8788  (CLB) (LMS)
                                    Defendant.
-------------------------------------------------------------------X


        The above entitled action is referred to the Hon. Lisa M. Smith, United States Magistrate
Judge for the following purpose(s):


____  General Pretrial (includes scheduling,      ____  Consent under 28 U.S.C. §636(c) for all
      discovery, non-dispositive pretrial motions,      purposes (including trial)
      and settlement)


____  Specific Non-Dispositive Motion/Dispute:*   ____  Consent under 28 U.S.C.§636(c) for
                                                        limited purpose of _____
      _____ _____ _____
      _____ _____ _____

                                                  ____  Habeas Corpus
__X_  Settlement*
                                                  ____  Dispositive Motion (i.e., motion
                                                        requiring a Report and Recommendation)
__
                                                        Particular Motion:_____
                                                        _____

                                                        All such motions: _____

*Do not check if already referred for general pretrial.

**SO ORDERED.**

DATED: White Plains, New York
        January 7, 2008

                                        _____
                                        United States District Judge