UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

PEDRO RIVERA,　　　　　　　　　　　　　　　　　07-CIV-8788 (CLB)

　　　　　　　　　　　Plaintiff,

　　-against-　　　　　　　　　　　　　　　　　　**STIPULATION OF**
　　　　　　　　　　　　　　　　　　　　　　　　**DISCONTINUANCE**
ALLSERVICES MAINTENANCE NY, INC.,

　　　　　　　　　　　Defendant.

------------------------------------------------------------------x

　　　　Plaintiff, PEDRO RIVERA , and Defendant, ALLSERVICES MAINTENANCE NY, INC., hereby stipulate pursuant to F.R.C.P. Rule 41(a)(1), by and through their respective attorneys, that the above-entitled action be discontinued and dismissed with prejudice and without cost to any party.

　　　　IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued, without costs to either party as against the other. This stipulation may be filed without further notice with the Clerk of the Court.

Dated: January 15, 2008

Milman Labuda Law Group, PLLC　　　　　　　Law Office of Paul N. Cisternino, P.C.
Attorneys for Defendant　　　　　　　　　　　Attorney for Plaintiff,

By:_____　　　　　　　　By:_____
PERRY S. HEIDECKER, ESQ.　　　　　　　　　　PAUL N. CISTERNINO, ESQ.
3000 Marcus Avenue　　　　　　　　　　　　　16 Briarbrook Road
Lake Success, NY 11042　　　　　　　　　　　Ossining, NY 10562
(516) 328-8899　　　　　　　　　　　　　　　(914) 330-1527